FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2010 JUN -9 PM 12:01

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 4:10CR-18-M

18 U.S.C. § 2
18 U.S.C. § 924(c)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(E)(i)
21 U.S.C. § 853
28 U.S.C. § 2461

**RONALD WAYNE EDWARDS**
**CHRISTINA ANN GILLETTE**

The Grand Jury charges:

COUNT 1

On or about January 6, 2009, in the Western District of Kentucky, Nelson County, Kentucky, and elsewhere, the defendant, **RONALD WAYNE EDWARDS**, knowingly and intentionally possessed with intent to distribute and distributed hydrocodone, a Schedule III controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(i).

The Grand Jury further charges:

COUNT 2

On or about January 6, 2009, in the Western District of Kentucky, Nelson County, Kentucky, and elsewhere, the defendant, **RONALD WAYNE EDWARDS**, possessed a firearm in furtherance

of a drug trafficking crime, as described in Count 1 of this Indictment, for which he may be prosecuted in a Court of the United States, to wit: a .45 caliber handgun.

In violation of Title 18, United States Code, Section 924(c).

The Grand Jury further charges:

COUNT 3

On or about August 13, 2009, in the Western District of Kentucky, Muhlenburg County, Kentucky, and elsewhere, the defendants, **RONALD WAYNE EDWARDS** and **CHRISTINA ANN GILLETTE**, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 4

On or about September 2, 2009, in the Western District of Kentucky, Hopkins County, Kentucky, the defendant, **RONALD WAYNE EDWARDS**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

COUNT 5

On or about January 16, 2010, in the Western District of Kentucky, Hopkins County, Kentucky, the defendant, **RONALD WAYNE EDWARDS**, knowingly and intentionally possessed with the intent to distribute and distributed hydrocodone, a Schedule III controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(i).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 924(c), Title 21, and United States Code, Section 841(a)(1), as alleged in Counts 1 through 5 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **RONALD WAYNE EDWARDS**, shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of said offenses, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations, and pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

**.45 caliber handgun.**

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

AUSA

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:MAB:vlp:100527

UNITED STATES OF AMERICA v. **RONALD WAYNE EDWARDS, ET AL.**

## PENALTIES

Counts 1 and 5: NM 10 yrs./$500,000/both/NM 2 yrs. Supervised Release (each count)
Count 2: NL 5 yrs./NM Life/consecutive/$250,000/both/NM 5 years Supervised Release
Counts 3 and 4: NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release (each count)
(With prior conviction: NM 30 yrs./$2,000,000/both/NM 6 yrs. Supervised Release)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual
$125 per count/other

Felony: $100 per count/individual
$400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE: Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO: Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH: Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:10CR-18-M

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Owensboro Division

THE UNITED STATES OF AMERICA
vs.
RONALD WAYNE EDWARDS

CHRISTINA ANN GILLETTE

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2010 JUN -9 PM 12:01

## INDICTMENT

**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(E)(i); 841(b)(1)(C);**
**Title 18 U.S.C. §§ 924(c); 2:**
**Possession with the Intent to Distribute and Distribution of Hydrocodone and Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Aiding and Abetting.**

*A true bill.*

------------------ *Foreman*

*Filed in open court this* 9th day, *of* June, A.D. 2010.

*Clerk*

*Bail, $*